JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSE NAVARRO, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>HOWMET AEROSPACE INC., a Delaware corporation; ARCONIC INC., a Pennsylvania corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00164-DSF-E<br><br>**ORDER IN SUPPORT OF PARTIES STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Dale S. Fischer<br>Courtroom 7D<br><br>Action Filed: December 3, 2020<br>Action Removed: January 8, 2021<br>Trial Date: None |

This Court, having reviewed the parties' Joint Stipulation of Dismissal hereby orders the following:

1. All individual claims of Plaintiff are dismissed with prejudice;
2. The putative class member's claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 26, 2023

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE